IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD ARLEN SHAMBERGER,

        Petitioner,               1-09-cv-1266-CL

    v.                             **OPINION AND ORDER**

BRIAN BELLEQUE,

        Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#32), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude the R and R is correct.

1 - OPINION AND ORDER

Magistrate Judge Clarke's Report and Recommendation (#32) is adopted. The Petition (#2) is DENIED and this action is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.

DATED this 12 day of April, 2012

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER